ABC PROCESS SERVICE, INC.
Attorney:
COHEN MILSTEIN HAUSFELD & TOLL, P.L.L.C.
Index No. 253/08
Date Filed 01/11/2008
Office No. CMHT0174140

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW F. ROSE, INDIVIDUALLY AND ON BEHALF:
                                                        (PLAINTIFF)
OF ALL OTHERS SIMILARLY SITUATED
                      against
                                                        (DEFENDANT)
ACA CAPITAL HOLDINGS, INC., ETAL;

STATE OF NEW YORK, COUNTY OF NEW YORK    SS:

JOSHUA NAVARRETTE  being duly sworn, deposes and says
that he is over the age of 18 years, not a party to the action, and resides in
the State of New York:
That on the 17    day of January    2008 at 4:00 PM, at

140 BROADWAY, 47 FL; NEW YORK, NY 10005
he served the annexed  SUMMONS IN A CIVIL ACTION AND COMPLAINT upon ACA CAPITAL
HOLDINGS, INC., in this action, by delivering to and leaving with said MS.
STACEY L. TYSON, MANAGING AGENT/ ASSOCIATE GENERAL COUNSEL a true copy thereof.
Deponent describes person served as aforesaid to the best of deponents ability
at the  time and circumstances of service as follows:

Sex FEMALE  , Color WHITE,  Hair BROWN/RED, app.age 38 YRS, app.ht 5'4", app.wt
135 LBS

DEPONENT FURTHER SAYS, that he knew the Corporation so served as aforesaid to be
the Corporation mentioned and described in the said SUMMONS IN A CIVIL ACTION
AND COMPLAINT.

SWORN to before me this 24
day of January 2008

                                         JOSHUA NAVARRETTE
                                         License No.:  1232814   :bb

JAY BRODSKY
Notary Public, State of New York
No. 31-4683271
Qualified in New York County
Commission Expires Feb 2, 2011