USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/15/10

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

BLACKMOSS INVESTMENTS INC., Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

-against-

ACA CAPITAL HOLDINGS, INC. and ALAN S. ROSEMAN,

Defendants.

-----------------------------------------------------------X

07 **CIVIL** 10528(RWS)

# JUDGMENT

Defendants having moved to dismiss the Corrected Consolidated Amended Class Action Complaint (the "Complaint") pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on January 12, 2010, having rendered its Opinion granting defendants' motion, and dismissing the complaint with prejudice, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated January 12, 2010, defendants' motion is granted, and the complaint is dismissed with prejudice.

**Dated:** New York, New York
January 15, 2010

**J. MICHAEL McMAHON**

**Clerk of Court**

**BY:** ______________

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON ________